AB:AXB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

JESSTINE TOUKATLY,

                Defendant.

------------------------------X

REMOVAL TO THE
DISTRICT OF SOUTH CAROLINA

(Fed R. Crim. P. 5)

No. 19-MJ-781

EASTERN DISTRICT OF NEW YORK, SS:

       DIONYEUS BRITT, being duly sworn, deposes and states that he is a Deputy United States Marshal with the United States Marshals Service for the Eastern District of New York ("USMS"), duly appointed according to law and acting as such.

       On or about July 15, 2019, an arrest warrant was issued by the United States District Court for the District of South Carolina, commanding the arrest of the defendant JESSTINE TOUKATLY, for violating the conditions of her supervised release.

       The source of your deponent's information and the grounds for his belief are as follows:

       1.    On or about July 15, 2019, an arrest warrant was issued by the United States District Court for the District of South Carolina, commanding the arrest of the defendant JESSTINE TOUKATLY for violating the conditions of her supervised release. A true and correct copy of the arrest warrant is attached hereto as Exhibit A.

       2.    On or about August 24, 2019, TOUKATLY was arrested in the Eastern District of New York on charges of criminal possession of a weapon in the second degree, in

violation of New York Penal Law ("N.Y.P.L.") § 265.03(1)(b), and possession of a forged instrument in the third degree, in violation of N.Y.P.L. § 170.20.

3. On or about September 4, 2019, USMS deputies encountered TOUKATLY at the Rikers Island correctional facility. TOUKATLY's fingerprints were examined and determined to match the fingerprints of the defendant JESSTINE TOUKATLY who is wanted in the District of South Carolina.

WHEREFORE, your deponent respectfully requests that the defendant JESSTINE TOUKATLY be removed to the District of South Carolina so that she may be dealt with according to law.

DIONYEUS BRITT
Deputy U.S. Marshal

Sworn to before me this
4th day of September, 2019

/s/ RLM

THE HONORABLE ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**EXHIBIT A**

AO 442 (Rev 01 09) Arrest Warrant

*10134920*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2019 JUL 15 AM 10: 13
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 3:16-594-MGL |
| | ) | | |
| JESSTINE TOUKATLY | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JESSTINE TOUKATLY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ■ Supervised Release Violation Petition   ☐ Violation Notice   ■ Order of the Court

This offense is briefly described as follows:
See Petition.

Date: July 15, 2019

City and state: Columbia SC



s/Mary Deal
*Issuing officer's signature*

ROBIN L. BLUME Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* JUL 15 2019 , and the person was arrested on *(date)* at *(city and state)* |
| Date: |
| *Arresting officer's signature* |
| *Printed name and title* |

USCA4 5